SEALED

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 OCT 18  PM 12: 42

DEPUTY CLERK

| | |
|---|---|
| THE UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* AMBER FAULKNER,<br><br>Plaintiffs,<br><br>v.<br><br>METHODIST CHARLTON MEDICAL CENTER and DAN JONES, D.P.M.,<br><br>Defendants. | Civil Action No. 3:20-CV-01663-X<br><br>FILED IN SEALED CASE |

**UNITED STATES OF AMERICA'S AND STATE OF TEXAS' NOTICE OF ELECTION TO INTERVENE AS TO DEFENDANT METHODIST CHARLTON MEDICAL CENTER FOR PURPOSES OF SETTLEMENT**

1.      Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), and sections 36.101 and 36.102 of the Texas Medicaid Fraud Prevention Act, the United States of America and State of Texas notify the Court of their decision to intervene at this time for settlement purposes only with respect to the civil claims asserted against Defendant Methodist Charlton Medical Center (MCMC).

2.      The United States, the State of Texas, Relator Amber Faulkner, and Defendant MCMC have entered into a settlement agreement resolving the civil claims against MCMC in this matter, and the United States and Texas intend to file a notice of dismissal as to MCMC.

3.      The settlement agreement only resolves claims against Defendant MCMC. The settlement agreement does not resolve any claims against the remaining Defendant,

Dan Jones, D.P.M. (Dr. Jones).  The United States is continuing to investigate the allegations asserted against Dr. Jones.

4.    The Complaint was filed under seal and remains under seal until February 21, 2022 (the current seal deadline) while the United States and Texas continue to investigate the allegations regarding Dr. Jones.  Therefore, all claims Relator asserted against Dr. Jones remain pending.

5.    The Court's January 6, 2021 Order directed that the United States may, at its discretion, disclose to the defendants and their counsel the existence and nature of this civil action, the Complaint, or any future complaints filed in this action in either redacted or unredacted form.

6.    The United States and Texas request that the Complaint and all other filings in this matter remain under seal, except as by Order of the Court entered on January 6, 2021.

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY


/s/ Richard J. Guiltinan
RICHARD J. GUILTINAN
Assistant United States Attorney
Texas Bar No. 24074332
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8600
Facsimile:  214-659-8807
Email: richard.guiltinan@usdoj.gov

Attorneys for the United States of America

Notice of Election to Intervene as to Defendant Methodist Charlton Medical Center - Page 2

KEN PAXTON
ATTORNEY GENERAL of TEXAS

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

/s/ Stephanie H. Lugo
Stephanie H. Lugo
State Bar No. 00793927
Susan J. Arenella
State Bar No. 24001320
Assistant Attorneys General
Office of the Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone:        (512) 936-1415
Fax:    (512) 936-0674
stephanie.lugo@oag.texas.gov

**ATTORNEYS FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I served a copy of this document via email to counsel for the Relator:

Benjamin Lin
Jason T. Brow
Patrick Almonrode
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
ben.lin@jtblawgroup.com

Charles W. Branham, III
DEAN OMAR BRANHAM SHIRLEY, LLP
302 N. Market Street, Suite 300
Dallas, TX 75202

Counsel for Relator

/s/ Richard J. Guiltinan
RICHARD J. GUILTINAN
Assistant United States Attorney