ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 OCT 18 PM 12: 43

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* AMBER FAULKNER, <br><br> Plaintiffs, <br><br> v. <br><br> METHODIST CHARLTON MEDICAL CENTER and DAN JONES, D.P.M., <br><br> Defendants. | Civil Action No. 3:20-CV-01663-X <br><br> <u>FILED IN SEALED CASE</u> |

## NOTICE OF VOLUNTARY DISMISSAL AS TO <br> <u>DEFENDANT METHODIST CHARLTON MEDICAL CENTER</u>

1.    Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), and the Texas Medicaid Fraud Prevention Act, Tex. Hum. Res. Code §§ 36.101 and 36.102, the United States of America and Texas notified the Court of their election to partially intervene in this action for purpose of settlement with respect to Defendant Methodist Charlton Medical Center (MCMC).

2.    On September 1, 2021, the United States, the State of Texas, Relator Amber Faulkner, and Defendant MCMC executed a Settlement Agreement regarding the claims asserted by Relator against MCMC in this action.  This Settlement Agreement does not include Defendant Dan Jones, D.P.M., who remains a defendant in this case.

3.    Having partially intervened for purposes of settlement, the United States of America and Texas, along with Relator Amber Faulkner, provide notice of dismissal of the claims asserted against MCMC in this action pursuant to Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure.  In accordance with the Settlement Agreement, the United States, Texas, and Relator dismiss the claims against MCMC: (1) with prejudice as to Relator; (2) with prejudice as to the United States and Texas for the Covered Conduct set out in Section D of the Settlement Agreement; and (3) without prejudice as to the United States and Texas as to any other claims.

4.     This Notice of Voluntary Dismissal applies only to Defendant MCMC.  It does not involve Defendant Dan Jones, D.P.M. (Dr. Jones).  The United States, Texas, and Relator are not dismissing any of the claims asserted against Dr. Jones in this action.  The United States and Texas are continuing to investigate the allegations asserted against Dr. Jones.  As such, the United States and Texas would respectfully request that this matter, this Notice, and any subsequent Order related to this Notice remain under seal, except as by Order of the Court entered on January 6, 2021.

5.     A proposed Order accompanies this notice.

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY


/s/ Richard J. Guiltinan
RICHARD J. GUILTINAN
Assistant United States Attorney
Texas Bar No. 24074332
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8600
Facsimile:  214-659-8807
Email: richard.guiltinan@usdoj.gov

Attorneys for the United States of America

KEN PAXTON
ATTORNEY GENERAL of TEXAS

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

/s/ Stephanie H. Lugo
Stephanie H. Lugo
State Bar No. 00793927
Susan J. Arenella
State Bar No. 24001320
Assistant Attorneys General
Office of the Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, Texas 78711-2548


**Notice of Voluntary Dismissal as to Methodist Charlton Medical Center - Page 3**

Phone:       (512) 936-1415
Fax:   (512) 936-0674
stephanie.lugo@oag.texas.gov

**ATTORNEYS FOR THE STATE OF TEXAS**

BROWN, LLC

/s/ Jason T. Brown
JASON T. BROWN
(877) 561-0000 (office)
(855) 582-5297 (fax)
*jtb@jtblawgroup.com*

DEAN OMAR BRANHAM SHIRLEY, LLP

/s/ Charles W. Branham
CHARLES W. BRANHAM III
Texas Bar No. 24012323
Federal Bar No. 1098949
302 N. Market Street, Suite 300
Dallas, TX 75202
(214) 722-5990 (office)
(214) 722-5991 (fax)
*tbranham@dobllp.com*

Attorneys for Relator Amber Faulkner

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I served a copy of this document via email to counsel for the State of Texas and Relator:


Stephanie Lugo
Assistant Attorney General
Civil Medicaid Fraud Division
300 W. 15th Street
Austin, Texas 78701
Stephanie.Lugo@oag.texas.gov

Counsel for the State of Texas


Benjamin Lin
Jason T. Brow
Patrick Almonrode
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
ben.lin@jtblawgroup.com


Charles W. Branham, III
DEAN OMAR BRANHAM SHIRLEY, LLP
302 N. Market Street, Suite 300
Dallas, TX 75202

Counsel for Relator


/s/ Richard J. Guiltinan
RICHARD J. GUILTINAN
Assistant United States Attorney


**Notice of Voluntary Dismissal as to Methodist Charlton Medical Center - Page 5**