TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF             §
AMERICA and STATE OF TEXAS       §
*ex rel.* AMBER FAULKNER,        §
                                 §
          *Plaintiffs*,          §      Civil Action No. 3:20-CV-01663-X
                                 §
v.                               §
                                 §
METHODIST CHARLTON               §
MEDICAL CENTER and  DAN          §
JONES, D.P.M.,                   §
                                 §
          *Defendants*.

**ORDER**

Before the Court is the Notice of Voluntary Dismissal as to Defendant Methodist Charlton Medical Center (MCMC). The United States of America, State of Texas, and Relator Amber Faulkner filed this notice pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the Texas Medicaid Fraud Prevention Act, Tex. Hum. Res. Code §§ 36.101 and 36.102, and Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure. The United States and Texas have partially intervened in this action to settle the claims asserted against MCMC. The United States, Texas, and Relator executed a Settlement Agreement with MCMC on September 1, 2021.

IT IS HEREBY ORDERED that the claims in this case against MCMC are dismissed as follows:

1. For the Covered Conduct described in the Settlement Agreement, the claims of the United States and Texas against MCMC are dismissed with prejudice. All other claims of the United States and Texas brought in this action against MCMC are dismissed without prejudice as to the United States and Texas.

2. All of Relator's claims brought in this action against MCMC are dismissed with prejudice as to the Relator.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over MCMC with respect to any disputes that may arise regarding the Settlement Agreement.

IT IS FURTHER ORDERED that the Complaint and all other filings shall remain under seal, except as by Order of the Court entered on January 6, 2021.

This Order affects only the claims asserted against MCMC in this action. This Order does not affect any claims asserted against Defendant Dan Jones, D.P.M. (Dr. Jones). This action will continue with Dr. Jones as the sole defendant.

**IT IS SO ORDERED** this 21st day of October, 2021.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2