

**SEALED**

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2023 MAR -9  AM II: 52

DEPUTY CLERK_____ mb

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA
and STATE OF TEXAS *ex rel.* AMBER
FAULKNER,

        Plaintiffs,

v.

METHODIST CHARLTON MEDICAL
CENTER and DAN JONES, D.P.M.,

        Defendants.

Civil Action No. 3:20-CV-01663-X

## NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT AND VOLUNTARY DISMISSAL

1.     Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), and section 36.102 of the Texas Medicaid Fraud Prevention Act, the United States of America and State of Texas notify the Court of their decision to intervene at this time for settlement purposes only with respect to the civil claims asserted against Defendant Dan Jones, D.P.M. (Dr. Jones).[1]

2.     The United States, the State of Texas, Relator Amber Faulkner, and Dr. Jones have executed a Settlement Agreement resolving the civil claims asserted against Dr. Jones in this matter. The Settlement Agreement requires Dr. Jones to pay the settlement amount within 50 months pursuant to an agreed payment schedule. Should Dr. Jones default on his payment obligations, as set forth in the Settlement Agreement,

---

[1] Dr. Jones is the sole defendant remaining in the case. The United States and State of Texas previously filed a notice of voluntary dismissal as to Defendant Methodist Charlton Medical Center (MCMC). (*See* Dkt. No. 17.)

Notice of Intervention for Purposes of Settlement and Voluntary Dismissal - Page 1

Dr. Jones has further agreed that the United States has the right to take immediate judgment against Dr. Jones.  To that end, the United States and Dr. Jones have executed a Joint Stipulation for Entry of Agreed Judgment (Joint Stipulation) and an Agreed Judgment, which they are not filing at this time.  The United States reserves the right to file the Joint Stipulation and Agreed Judgment (in either this action or a new proceeding) in the event of Dr. Jones's default.

3.      Having intervened for purposes of settlement, the United States of America and Texas hereby provide notice of dismissal of the claims asserted against Dr. Jones in this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  In accordance with the Settlement Agreement, the United States and Texas dismiss the claims against Dr. Jones without prejudice to the right of the United States, as set forth in the Settlement Agreement, to file the Joint Stipulation and Agreed Judgment in either this case or a new proceeding should Dr. Jones default on his payment obligations.  Once Dr. Jones has fully completed his payment obligations pursuant to the Settlement Agreement, this dismissal will apply with prejudice as to the United States and Texas for the Covered Conduct set forth in Section D of the Settlement Agreement.  To the extent there are any other claims asserted on behalf of the United States and Texas in this lawsuit that are outside the Covered Conduct set forth in the Settlement Agreement, this dismissal is without prejudice as to those claims.

4.      The United States asks that the Court retain jurisdiction over Dr. Jones with respect to any disputes that may arise regarding the Settlement Agreement and also the right of the United States to seek immediate entry of the Agreed Judgment.

**Notice of Intervention for Purposes of Settlement and Voluntary Dismissal - Page 2**

5.    Finally, the United States and Texas respectfully request that only (1) the Complaint, (2) the Notice of Intervention for Purposes of Settlement as to Defendant MCMC, (3) the Notice of Voluntary Dismissal as to MCMC, (4) the Dismissal Order as to MCMC [Dkt. No. 17], (5) this Notice of Intervention for Purposes of Settlement and Voluntary Dismissal regarding Dr. Jones, and (6) the Order related to this Notice be unsealed in this matter.  The United States and Texas ask that all other materials in this matter (including, but not limited to, any applications and accompanying memoranda filed by the United States for an extension of time in which to intervene) remain under seal and not be made public at any time because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

6.    A proposed Order accompanies this notice.

Notice of Intervention for Purposes of Settlement and Voluntary Dismissal - Page 3

Respectfully submitted:

LEIGHA SIMONTON
UNITED STATES ATTORNEY

RICHARD J. GUILTINAN
Assistant United States Attorney
Texas Bar No. 24074332
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8600
Facsimile:  214-659-8807
Email: richard.guiltinan@usdoj.gov

**ATTORNEYS FOR THE UNITED STATES OF AMERICA**

KEN PAXTON
ATTORNEY GENERAL of TEXAS

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

ELIZABETH BROWN FORE
Chief, Civil Medicaid Fraud Division

Stephanie H. Lugo
State Bar No. 00793927
Lynne Kurtz-Citrin
State Bar No. 24081425
Assistant Attorneys General
Office of the Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone:  (512) 936-1415
Fax:     (512) 936-0674
stephanie.lugo@oag.texas.gov

**ATTORNEYS FOR THE STATE OF TEXAS**

CERTIFICATE OF SERVICE

I hereby certify that on March 9 , 2023, I served a copy of this document via email to counsel for the State of Texas and Relator:

Stephanie Lugo
Assistant Attorney General
Civil Medicaid Fraud Division
300 W. 15th Street
Austin, Texas 78701
Stephanie.Lugo@oag.texas.gov

Counsel for the State of Texas


Jason T. Brown
Patrick Almonrode
Terence Park
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
terence.park@jtblawgroup.com


Charles W. Branham, III
DEAN OMAR BRANHAM SHIRLEY, LLP
302 N. Market Street, Suite 300
Dallas, TX 75202

Counsel for Relator


RICHARD J. GUILTINAN
Assistant United States Attorney